IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER MICHAEL ELDERS                                                    PLAINTIFF

v.                              Civil No.: 2:17-CV-02169

SGT. ADAM HICKS, *et. al.*                                                   DEFENDANTS

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED.**

IT IS SO ORDERED this 25th day of October 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE